IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ALDEN PAULINE, #A0256259,   )        Civ. No. 15-00074 LEK/RLP
                            )
          Plaintiff,        )        ORDER DENYING MOTION TO REOPEN
                            )        CASE
          v.                )
                            )
JUDGE MICHAEL SEABRIGHT, et )
al.,                        )
                            )
          Defendants,       )
_____)

## ORDER DENYING MOTION TO REOPEN CASE

On March 31, 2015, the court dismissed this action

without prejudice pursuant to 28 U.S.C. § 1915(g), holding

Plaintiff was not in imminent danger of serious physical injury

when he commenced this suit, and therefore, not entitled to

proceed *in forma pauperis* ("IFP"). *See* Doc. No. 6. The court

advised Plaintiff that he could move to reopen the case within

twenty-eight days on a showing of good cause, or bring a new

action with concurrent payment of the filing fee. *Id.*, PageID

#29. Before the court is Plaintiff's amended complaint and a

separate statement of facts, construed as a motion to reopen this

case for good cause. *See* Doc. Nos. 8 & 10.

Nothing within Plaintiff's amended complaint or

statement of facts convinces this court that he was in imminent

danger of serious physical injury when he filed this action on

March 9, 2015, or even when he filed the amended complaint and

statement of facts. *See Andrews v. Cervantes*, 493 F.3d 1047,

1053 (9th Cir. 2007).  This is particularly true in light of
Plaintiff's unequivocal statements to Chief U.S. District Judge
Susan Oki Mollway on March 18, 2015, made on the record in Civ.
No. 15-00084 SOM/KSC, that he had not felt endangered or
threatened by prison staff or other inmates since January 15,
2015, or earlier.  Plaintiff does not dispute these statements.

Plaintiff fails to show good cause for reopening this
action, or convince this court to reconsider its decision to deny
his IFP application and dismiss this action without prejudice.
Plaintiff's Motion to Reopen Case is DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 4, 2015.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Pauline v. Seabright, et al.*, Civ. No. 15-00074 LEK/RLP; 3 stks 2015 (dny reopen);
J:\PSA Draft Ords\LEK\Pauline 15-74 LEK (dny reopen).wpd

2