IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALDEN PAULINE, #A0256259, | ) | CIVIL NO. 15-00074 LEK-RLP |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATION TO |
| | ) | DENY PLAINTIFF'S IN FORMA |
| vs. | ) | PAUPERIS APPLICATION |
| | ) | |
| JUDGE MICHAEL SEABRIGHT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

FINDINGS AND RECOMMENDATION TO DENY
PLAINTIFF'S IN FORMA PAUPERIS APPLICATION[1]

Before the Court is *pro se* Plaintiff Alden Pauline's second application to proceed *in forma pauperis* ("IFP"), filed on May 15, 2015. ECF No. 11. In a detailed order issued on March 31, 2015, the district court dismissed this action without prejudice pursuant to 28 U.S.C. § 1915(g), holding that Plaintiff was not in imminent danger of serious physical injury when he commenced this suit, and therefore, not entitled to proceed *in forma pauperis*. ECF No. 6. The court stated that Plaintiff may move within twenty-eight days to reopen this action for just cause, or he may reassert his claims in a

---

[1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1)(B), file written objections in the United States District Court. A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation. If no objections are filed, no appellate review will be allowed.

new action, with concurrent payment of the $400.00 filing fee. Id. at 12. On May 5, 2015, the court denied Plaintiff's motion to reopen this case holding that Plaintiff had failed to show good cause for reopening this action, or convince the court to reconsider its decision to deny his first IFP application and dismiss this action without prejudice. See ECF No. 11. Because this action has been dismissed, the Court FINDS and RECOMMENDS that Plaintiff's second IFP application be DENIED.

CONCLUSION

The Court FINDS AND RECOMMENDS that the district court DENY Plaintiff's second application to proceed *in forma pauperis* filed on May 15, 2015.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, MAY 19, 2015.

/s/ Richard L. Puglisi
Richard L. Puglisi
United States Magistrate Judge

**PAULINE V. SEABRIGHT, ET AL.; CIVIL NO. 15-00074 LEK-RLP; FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S IN FORMA PAUPERIS APPLICATION**