IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ALDEN PAULINE, #A0256259 | ) | CIV NO. 15-00074 LEK-RLP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| JUDGE MICHAEL SEABRIGHT, ATTORNEY MARK INCIONG; SERIFF TOMMY KONG; DEA BERT AKANA; DEREK K. MONTERVON; SHERYL K. REYNOLDS; | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 19, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff's In Forma Pauperis Application" (ECF NO. [13]) filed on May 19, 2015 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 8, 2015.



       /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**ALDEN PAULINE VS. JUDGE MICHAEL SEABRIGHT, ET AL; CIVIL 15-00074 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**